UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 07-256-JBC

JOSHUA CROMER,                                                                                       PLAINTIFF,

V.                              MEMORANDUM OPINION AND ORDER

LEXINGTON-FAYETTE URBAN
COUNTY GOVERNMENT, ET AL.,                                                            DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

This action is currently being held in abeyance pursuant to this court's order of August 26, 2008. (R. 18). The court having reviewed the record,

**IT IS ORDERED** that the parties shall file a joint status report detailing the progress of the state-court proceedings and the anticipated length of the abeyance within thirty (30) days of the entry of this order.

Signed on  April 9, 2009

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY